UNITED STATES of America,
Plaintiff—Appellee,

v.

Sergio ALONSO–MALDONADO,
Defendant—Appellant.

No. 03–10265.
D.C. No. CR–02–00409–PMP.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 20, 2003.

Robert A. Bork, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**634**

Anne R. Traum, Federal Public Defenders Office, Las Vegas, NV, for Defendant–Appellant.

Before WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM**

Sergio Alonso–Maldonado appeals the sentence imposed following his guilty plea to unlawful reentry after deportation in violation of 8 U.S.C. § 1326(a). Alonso–Maldonado concedes that Ninth Circuit precedent forecloses his argument that imposition of a sentence longer than 8 U.S.C. § 1326(a)'s two-year statutory maximum based on a prior conviction neither alleged in the indictment nor admitted during the plea canvass violates due process under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *United States v. Arellano–Rivera*, 244 F.3d 1119, 1126–27 (9th Cir.2001); *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000). Alonso–Maldonado states that he presents the issue merely to preserve it should ensuing Supreme Court precedent alter the legal landscape. The judgment is therefore

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).